**No. 09-996. James Walker, Warden, et al., Petitioners v. Charles W. Martin.**

562 U.S. 821, 131 S. Ct. 379, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6172.

October 4, 2010. Motion of respondent for appointment of counsel granted. Michael B. Bigelow, Esquire, of Sacramento, California, is appointed to serve as counsel for the respondent in this case.

**No. 09-1212. Norfolk Southern Railway Company, Petitioner v. Billy Groves, Individually, dba Savannah Re-Load, et al.**

562 U.S. 821, 131 S. Ct. 379, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6178.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 586 F.3d 1273.

**No. 09-1254. Marei Von Saher, Petitioner v. Norton Simon Museum of Art at Pasadena, et al.**

562 U.S. 821, 131 S. Ct. 379, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6643.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 592 F.3d 954.

**No. 09-1313. Haidar Muhsin Saleh, et al., Petitioners v. Titan Corporation, et al.**

562 U.S. 821, 131 S. Ct. 379, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6179.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 388 U.S. App. D.C. 114, 580 F.3d 1.

**No. 09-1353. Iron Thunderhorse, Petitioner v. Bill Pierce, Individually and in His Official Capacity as Chaplaincy Director of the Texas Department of Criminal Justice, et al.**

562 U.S. 821, 131 S. Ct. 380, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6581.

October 4, 2010. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 364 Fed. Appx. 141.